> Motion GRANTED.
> /s/ [signature]

# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **WILLIE GILDER,** *Individually, and on behalf of himself and others similarly situated,* | |
| Plaintiff, | |
| v. | No 3:22-cv-00224 |
| **BNPC, LLC** and **SERVPRO OF MONTGOMERY COUNTY, LLC** | FLSA Collective Action<br>JURY DEMANDED |
| Defendants. | |

## UNOPPOSED MOTION AND INCORPORATED MEMORANDUM TO APPROVE FLSA SETTLEMENT

Plaintiff hereby moves the Court to approve this settlement of Plaintiff's Fair Labor Standards Act ("FLSA") claims. The settlement agreement is attached hereto as *Exhibit A*. This settlement resolves a bona fide dispute over FLSA liability and is the product of a day's-long mediation with respected mediator Chuck Yezbak during which the parties vigorously defended their respective positions.

When parties settle or compromise an FLSA claim, some courts require the parties to seek court approval. *Simmons v. Mathis Tire & Auto Serv.*, No. 13-2875-STA-tmp, 2015 U.S. Dist. LEXIS 114008, at *2 (W.D. Tenn. Aug. 20, 2015). These courts require a demonstration that the proposed settlement represents a resolution of a bona fide dispute over FLSA liability. *Id.*

The settlement before the Court is a fair and reasonable resolution of a bona fide dispute over FLSA liability. The settlement was reached only after the parties mediated the case at arms' length and negotiated a settlement compromising on their respective positions. The settlement