IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

**WILLIE GILDER,**
*Individually, and on behalf of himself and others similarly situated,*

Plaintiff,

v.   No 3:22-cv-00224

**BNPC, LLC** and **SERVPRO OF MONTGOMERY COUNTY, LLC**

FLSA Collective Action
JURY DEMANDED

Defendants.

## ORDER ON UNOPPOSED MOTION AND INCORPORATED MEMORANDUM TO APPROVE FLSA SETTLEMENT

Before the Court is Plaintiff's Unopposed Motion and Incorporated Memorandum to Approve FLSA Settlement ("Plaintiff's Motion"). The Court notes at the outset that the settlement represents a fair and adequate resolution of a bona fide dispute over FLSA liability and that the settlement is approved by the Court. ~~Nonetheless, the Court has reviewed the Memorandum Opinion in *Askew et. al. v. Inter-Continental Hotels Corporation et.*, al., No. 5:19-cv-00024-BJB-LLK (ECF No. 57) at 9 (W.D Ky. Aug. 8, 2022), attached as *Exhibit B* to Plaintiff's Motion, and the Court notes that it agrees with the reasoning in *Askew* that that FLSA is not an 'applicable federal statute' under Rule 41(a)(1)(A) that prevents dismissal at the parties' behest.~~ It is so **ORDERED** that the settlement is approved and that this case is hereby **DISMISSED** with prejudice with each party to bear his/its own costs and attorneys' fees.

IT IS SO ORDERED.

_____
ALETA A. TRAUGER
U.S. DISTRICT JUDGE